**From:** "Inder Thukral" <ithukral@kognetics.com>
**To:** Tariq Farwana <tfarwana@StrateSphere.com>
**Subject:** Fwd: Kognetics_Executive Brief Draft Aug 20 KP.pptx
**Date:** 2019-08-20 12:47:33 -0400
**Importance:** Normal
**Attachments:** ATT00001.htm; Kognetics_Executive_Brief_Draft_Aug_20_KP.pptx; ATT00002.htm
**Inline-Images:** image001.png

---

Latest deck.

Inder Thukral
CEO, Kognetics
+1 518 698 1166

Begin forwarded message:

**From:** Hetal Shah <hshah@kognetics.com>
**Date:** August 20, 2019 at 10:01:34 AM EDT
**To:** Kelly Porter <kelly.porter@woodsidecap.com>, "tricia.salinero@woodsidecap.com" <tricia.salinero@woodsidecap.com>
**Cc:** "Inder Thukral" <ithukral@kognetics.com>, Rajeev Vaid <rvaid@kognetics.com>
**Subject: Kognetics_Executive Brief Draft Aug 20 KP.pptx**

Hi Kelly, Tricia

Hope you are well.

Attached is the updated deck, based on your discussion with Inder, have updated pages 26 and 27 to reflect higher EBITDA margin in later years.

Regards,
Hetal.

**Hetal Shah**
*Chief Product Officer*





STRATESPHERE--002852



# ARTIFICIAL INTELLIGENCE PLATFORM
# FOR ENTERPRISE DECISION MAKING



STRATESPHERE--002855

# Revolutionizing the $30B Enterprise Strategy and Decision-Making Market

Kognetics' AI platform provides executives, advisors and investors with decision analytics and support around market strategy, enterprise strategy, M&A strategy, investment strategy, competitive strategy, hiring strategy, and more.

The platform is very sophisticated yet simple-to-use, generating specific answers to essential questions, in real time, from large oceans of structured and unstructured data.

Kognetics has been in-market for three years and is currently penetrating two very large markets:

- Enterprise Strategy - $24B: public & private companies, government economic development

- Investors & Advisors - $6B: investment banking, private equity, consulting, corporate M&A

**Private & Strictly Confidential**

2

STRATESPHERE--002856

# Worldwide Data Growing Exponentially

Worldwide data is growing 10x to 163 zettabytes 2017-2025 (IDC). Strategic analysts / executives are increasingly challenged to extract actionable and intelligent insights, and analysts / executives that lack AI-infused tools are at a competitive disadvantage.



**Strategy Analyst/ Executive/ Advisor**

**Must Understand an Industry**
e,g, Cybersecurity: 115 segments, 4400 companies, 1300+ acquisitions, 4400 funding rounds, 2000 news sources, 720 exits, $160B in funding, 40 countries

**Must Understand His/Her Own Company**
Product, financials, historical activity, strategic intent

**Must Understand Potential Partners**
Acquisition momentum, valuation models, trending segments, strategic gaps, industry convergence

**Current Resources**

Gartner
Capital IQ
451 Research
MORNINGSTAR
FACTSET
Google
PitchBook
LexisNexis
Linked in

**Current Process – Challenges – Competitive Disadvantage:**

- Too much data to process - incomplete analysis
- Stale data and insights
- Takes too much time

**Private & Strictly Confidential**

3

STRATESPHERE--002857

# Kognetics Market Positioning

Kognetics' platform is a market leader in the most important segment of the data industry - Decision Support as a Service. Data from other industry segments are used by Decision Support platforms like Kognetics to craft answers to the most important strategic questions for large and small enterprises, investment firms, advisory firms and others.

## Data Industry Market Map

STRATESPHERE--002858

# Kognetics AI Platform: Knowledge Graphs

How it works - Kognetics' platform scans billions of data points and serves up simple, intelligent answers to queries from enterprise strategy analysts and executives.



STRATESPHERE--002859

# Kognetics AI Platform - Extremely Powerful Yet Simple to Use – Sample Screen Shots

1. First, you start with a question …

2. Next, you key-in a company name and the platform offers you a list of sub-questions …

3. Then, results are delivered in seconds…



**Private & Strictly Confidential**

6

STRATESPHERE--002860

# Kognetics AI Platform - Extremely Powerful Yet Simple to Use

## Sample Screen 1: Company Profile



STRATESPHERE--002861

Sample Features
# Instant Answers to Complex Questions - Competition

### Sample Screen 2: Top Competitors Across all Business Segments that Cisco Operates In



Cisco – All segments

- Lists the top 500 competitors
- For each competitor, shows overlapping segments & segment count
- 24 columns of data total
- Rank on any column
- Easily export
- Normally would take days to complete

**Private & Strictly Confidential**

8

STRATESPHERE--002862

Sample Features
# Instant Bubble Maps

## Sample Screen 3: Bubble Map of Cisco's IoT Smart City Category

- 67 competitors

- 6 sub-industry segments (traffic flow management, operations, emergency response, etc)

- Sub-industry & company interconnections



Mouse over / click on any competitor and get a pop up describing 17+ data points of information about the competitor



Company **Name:** Roper Technologies **Company Type:** Public **Founded On Year:** 1981 **Employee Min:** 5,001 **EmployeeMax:** 10,000 **City:** Sarasota **Region:** Florida **Country:** United States **Ticker:** ROP **Market Cap:** 37,475,178,500 **E V:** 42,694,100,000 **LTM Revenue:** 5,312,500,000 **LTM Gross Profit Margin:** 63.50% **LTM EBITDA:** 1,838,700,000 **LTM EBITDA Margin:** 34.61% **LTM Net Income:** 249,700,000 **LTM Net Income Margin:** 4.70% **EV/Revenue:** 8.1 **EV/EBITDA:** 23.3

**Long Description:** Roper Technologies, Inc. is diversified technology company, which engages in the provision of engineered products and solutions for the global niche markets. It operates through the following segments: Medical and Scientific Imaging, RF Technology, Industrial Technology, and Energy Systems and Controls. The Medical and Scientific Imaging segment offers products and software for medical applications and digital imaging. The RF Technology segment provides radio frequency identification communication technology and software solutions that are used in toll and traffic systems and processing; security and access control; campus card systems; software-as-a-service in the freight matching and food industries; and metering and remote monitoring applications. The Industrial Technology segment produces fluid handling pumps; equipment and consumables for materials analysis; leak

**Private & Strictly Confidential**

9

STRATESPHERE--002863

Sample Features

# Instant Market Maps

## Sample Screen 4: Market Map of Artificial Intelligence + Sub-Segments That Cisco Operates In



Cisco – Artificial Intelligence segments

- Shows all segments across the entire AI market, and highlights the six segments that Cisco operates in

- Helpful for identifying where Cisco is strong, weak, and strategic adjacencies that Cisco could move into

- Click on any segment to research segment profile, competitors in a segment, and more.

- Easily export

- Normally would take days to complete

**Private & Strictly Confidential**

STRATESPHERE--002864

Sample Features
# Instantly Identify A Company's Most Critical Strategic Gaps

## Sample Screen 5: Most Critical Strategic Gaps for Cisco



Cisco – All segments – 500 Gaps Identified

- Lists strategic gaps based on multiple data points – company, competitive, etc

- Shows overlapping segments & segment count by competitor

- Can be reduced down to a single industry/sector/gap

- 24 columns of data total

- Rank on any column

- Easily export

- Extremely valuable to senior management, private equity, investment banking, others

**Private & Strictly Confidential**

STRATESPHERE--002865

Sample Features
# Instantly Identify Potential Acquirers

## Sample Screen 6: Most Likely Acquirers of a Company



Company: Sidewalk Labs

- Sidewalk labs competes with Cisco in the IoT Smart City Category

- 108 potential acquirers

- Ranks Potential Acquisition Likelihood (High, Medium, Low)

- Identifies Rationale for Acquisition based on complex competitive algorithm

- 21 columns of data

- Extremely valuable to corporate development, investment banking, private equity, entrepreneurs, others

**Private & Strictly Confidential**

12

STRATESPHERE--002866

# Serving Multiple Types of Strategy Professionals

**Kognetics' platform provides simple, easy, instant, extremely valuable answers to a variety of people in the enterprise strategy market:**

- Senior Management
- Corporate Strategy
- Corporate Development
- Entrepreneurs
- Venture Capital
- Private Equity
- Hedge Funds
- Municipal Planning
- Investment Banking
- Consulting
- Executive Search



**Strategy & Corporate Development**
- Monitor in real-time competitor & market intelligence
- Predict emerging industry trends and competitor actions
- Prioritize critical strategic gaps and identify assets to complement your portfolio

**Product Management**
- Access market & technology shifts that impact your portfolio
- Granularly benchmark your products capabilities with competitors
- Identify critical capabilities to fuel product roadmaps

**Industry Development & Localization**
- Baseline current capabilities against a granular industry and value chain maps
- Comprehensively identify and prioritize critical ecosystem gaps
- Prioritize global and local partners for industry development and localization

**Investment Banking**
- Predict emerging M&A trends
- Build hyper target list for sell-side. Predict potential acquires and likely investors
- Deep intel on buyer universe. Identify critical strategic gaps & most relevant acquisition targets

**Private Equity**
- Access granular market maps and emerging industry trends to build a targeted investment thesis
- Create a proprietary deal sourcing engine with a differentiated proposition
- Identify portfolio value creation levers and exit opportunities

STRATESPHERE--002867

# Case Study 1 – Kognetics Client – Top Technology Private Equity Firm



**Customer:**

- Top private equity firm focused on financing software and technology enabled high growth companies
- More that 204 software acquisitions in last 8 years, more than any tech company or financial firm

**Problem:**

- Need for a software solution that could –
  - Match and further elevate the already well-oiled deal machine at the firm
  - Identify unique deal opportunities from ever-growing universe of private companies
  - Recommend value-creation for their portfolio companies at scale

**Kognetics Solution:**

- For over two years now, Kognetics platform has been powering deal sourcing and value creation efforts at the PE firm.
- The unique capabilities of Kognetics platform completely align with the rapid deal making philosophy of the PE firm –
  - Predicting industry trends across a crowded and ever-expanding software space
  - Identifying hyper-targeted list of investment opportunities
  - Tracking portfolio companies ecosystem at scale and recommending value creation and exit opportunities

**Kognetics Impact:**

- Complete automation of deal sourcing, evaluating 30K+ private companies in a quarter vs. earlier 2K
- Platform-driven prediction of portfolio value creation opportunities vs. a completely manual, resource intensive and less rigorous process

STRATESPHERE--002868

# Case Study 2 – Kognetics Client – Top Financial Services Group in Singapore



**Customer:**

- Multinational banking and financial services corporation headquartered in Singapore

**Problem:**

- The bank required a platform that can be leveraged to
  - Build a software offering targeted at institutional investor clients, that augments banks equity research
  - Predict attractive business development opportunities for banks Institutional Banking group
  - Monitor the risks profile of banks customers and associated risk triggers

**Kognetics Solution:**

- Custom software that combines Knowledge Graph, Natural Language Processing and Machine Learning
- The software scans through a variety of structured and unstructured data sources to –
  - Build a 360 degree view of not just the companies but also its subsidiaries, focus industries, target markets, executive team etc.
  - Extract signals that most impact the share price performance of the companies
  - Correlate signals to historical share price performance of the companies
  - Assess the impact of a new signal on a company's performance

**Kognetics Impact:**

- Creating a new revenue stream ($50M+) for the bank with a new product for institutional investor clients
- The product is now expanded to be used by –
  - Institutional Banking Group (IBG) for actively tracking Singapore ecosystem to identify attractive prospects for business development
  - Bank's Risk Management Group (RMG) for active monitoring of 360 view of DBS's customers and associated risk triggers

STRATESPHERE--002869

# Case Study 3 – Kognetics Client – Leading Investment Bank



**Customer:**

- A leading global investment bank based in the US, with a target on emerging growth companies in the technology sector.
- $95B in transactions in the last decade

**Problem:**

- Kognetics was tasked with analyzing a universe of 3,000 companies and specifically identifying those companies that are poised for a transaction within 6 months.
- Identifying potential acquirers for the companies that are due for primary buyout

**Kognetics Solution:**

- The bank leveraged Kognetics platform to -
  - Identify 300 potential transactions - M&A, Capital Raise
  - Predict most likely acquirers and investors for the companies

**Kognetics Impact:**

- 100% of the transactions predicted occurred within the 6 month timeframe
- Firm closed 3 M&A transactions adding incremental fees of $5M and a current pipeline of $400M for capital raises / $24M fees.

STRATESPHERE--002870

# Kognetics Revenue Engine

Kognetics' platform fuels multiple revenue streams for the company



**SaaS**
Software as a Service

Standard Self-Service SaaS business model that focuses on high volume, low cost sales to small to medium size enterprises

**$75,000**
ARR Per Client

**Managed Service**

SaaS + Professional Services model that leverages the platform to produce actionable insights for an internal team

**$200,000**
ARR Per Client

**Enterprise Solutions**

Solution that combines customer data sources with Kognetics public sources in a proprietary build

**$500,000**
Average Sale

**Private & Strictly Confidential**

STRATESPHERE--002871

# Kognetics - Strong Market Traction With Global Brands

- The Kognetics platform has been in-market three years

- As of August 2019:
  - 22 Customers total
  - 10 Global-1000 companies
  - 14 Companies in financial services – venture capital, private equity, investment banking
  - 1 Sovereign Wealth Fund

- Company is growing rapidly

- 50+ opportunities in the pipeline



STRATESPHERE--002872

# Revenue 2018-2023

Growth model below as an independent company with $25M investment.  As part of a larger organization, we believe that these numbers could scale further.



STRATESPHERE--002873

# Revenue 2018-2023

Growth model below as an independent company with $25M and $42M investment. As part of a larger organization, we believe that these numbers could scale further.



**Revenue ($ Million)**

| | Base Case<br>Investment: $25M<br>5 Yr CAGR: 109% | Growth Case<br>Investment: $42M<br>5 Yr CAGR: 130% |

**Private & Strictly Confidential**

STRATESPHERE--002874

# Future Growth Plan



### Expand Kognetics Knowledge Graph
Our product roadmap includes increasing the breadth and depth of data, in order to increase sales opportunities



### Scale Sales & Customer Success Team
Additional sales and customer success resources will enable us to reach and engage more customers



### Increase Marketing Initiatives
Marketing growth will support sales through awareness, validation, thought leadership, and inbound lead generation.



### Expand Product Development
Expanded product development will create new revenue opportunities while ensuring revenue retention through new feature introductions.



**Private & Strictly Confidential**

STRATESPHERE--002875

# Kognetics Market 1 - Investment Banking, Private Equity, Consulting, Corporate M&A

**Global TAM of 111,000 Firms, 577,000 Users and $5.5B in Revenue Opportunity**

| Segment | Sub-Segment | # of Firms | # of Users | Revenue (US $M) |
|---|---|---|---|---|
| Investment Banks | Large (500+ Employees) | 140 | 19,600 | 294 |
| | Medium (11 – 200 Employees) | 1,915 | 72,770 | 1,092 |
| | Small (1 – 10 Employees) | 2,125 | 29,750 | 223 |
| | Independents | 47,500 | 47,500 | 238 |
| Private Equity Firms | Big ($2B+ AUM) | 43 | 8,585 | 129 |
| | Medium ($501M - $2B AUM) | 925 | 101,750 | 1,526 |
| | Small ($10M - $500M AUM) | 3,418 | 75,185 | 752 |
| Corporations | Large ($10B+ Revenue) | 125 | 7,875 | 79 |
| | Medium ($1B - $10B Revenue) | 4,875 | 156,000 | 780 |
| Consulting Firms | Large (200+ Employees) | 93 | 2,960 | 44 |
| | Medium (11 – 200 Employees) | 445 | 5,785 | 43 |
| | Small (1 – 10 Employees) | 50,000 | 50,000 | 250 |
| | | 111,604 | 577,760 | 5,450 |

**Private & Strictly Confidential**

STRATESPHERE--002876

# Kognetics Market 2 – Enterprise Solutions

**Global TAM of 46M Firms, 84M Users and $24B in Revenue Opportunity**

| Segment | Sub-Segment | # of Firms | Users (TAM) | Revenue (US$M) |
|---|---|---|---|---|
| Public Companies | Listed on Global SEs | 50,000 | 16,000,000 | 12,000 |
| Private Corporations | Large (>500 People) | 120,000 | 19,000,000 | 9,500 |
| | Medium (100 – 500 People) | 1,350,000 | 18,000,000 | 2,250 |
| | Small (Less than 100 People) | 45,000,000 | 31,000,000 | 620 |
| Economic Development | Large County (G20) | 20 | 10,000 | 40 |
| | Medium (Next 50) | 50 | 12,500 | 38 |
| | Provinces | 150 | 15,000 | 45 |
| | | 46,520,220 | 84,037,500 | 24,493 |

**Private & Strictly Confidential**

23

STRATESPHERE--002877

TEAM
# Experienced Leadership Team



**Dr. Inder Thukral**

PhD in Decision Sciences from RPI, 15 year veteran of IBM working as a VP of Strategy and Business Development, IBM Research and Software Labs, and $300M IBM Investment Fund.



**Hetal Shah**

Seasoned strategy and product management executive with over 10 years of experience across North America and Asia. Also held senior consulting positions at IBM



**Tariq Farwana**

Serial entrepreneur and investor in deals including Ultimate Software, Manta Media, and Ultryx. Over 20 years of experience in corporate development, global sourcing & technology transfer.



**Navin Garg**

Senior data scientist and engineer experienced in building analytics applications. Previously held the Engineering Leader position at SAS Institute



**Rajeev Vaid**

VP of Corporate Development at IBM that executed over $2B in M&A transactions. Founding leadership team member at Genpact (GE Capital business unit) driving growth to over $500M.



**Devesh Bahl**

Over 20 years of progressive financial experience with companies such as AMEX, Motorola, GE Capital, Genpact and GECIS. Grew Genpact F&A business from $60M to over $200M. Setup Analytics vertical for AMEX.

STRATESPHERE--002878

FINANCIALS
# P&L Summary (Actuals)

| | Pre-Revenue | 2017 | 2018 |
|---|---|---|---|
| | | *Through Dec 31, 2017* | *Through Dec 31, 2018* |
| **Revenue** | - | 752,534 | 1,196,569 |
| | | | |
| **Cost of Goods** | | | |
| Cost of Goods Sold (COGS) | - | 220,492 | 708,605 |
| **Gross Profit** | **-** | **532,041** | **487,964** |
| *Gross Margin* | *-* | *71%* | *41%* |
| | | | |
| **Operating Expenses** | | | |
| Research & Development | 3,548,472 | 418,701 | 533,729 |
| Sales & Marketing | - | 234,881 | 326,769 |
| General & Administrative | - | 367,640 | 630,064 |
| **Operating Income** | **(3,548,472)** | **(489,182)** | **(1,002,597)** |

STRATESPHERE--002879

FINANCIALS
# P&L Summary (Pro Forma): Base Case

| $ Million | 2018 (Act.) | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|
| | | | | | | |
| Revenue | 1,197 | 3,336 | 10,269 | 18,776 | 31,570 | 47,355 |
| CAGR | | 179% | 208% | 83% | 68% | 50% |
| | | | | | | |
| Cost of Goods Sold (COGS) | 709 | 1,632 | 5,396 | 7,309 | 8,840 | 13,259 |
| Gross Profit | 488 | 1,704 | 4,873 | 11,457 | 22,730 | 34,096 |
| Gross Margin | 41% | 51% | 47% | 61% | 72% | 72% |
| | | | | | | |
| SG&A | 1,491 | 4,565 | 12,107 | 18,534 | 27,917 | 35,516 |
| Research & Development | 534 | 1,931 | 4,108 | 5,257 | 7,893 | 8,524 |
| Sales & Marketing | 327 | 1,501 | 5,432 | 8,583 | 12,763 | 17,521 |
| General & Administrative | 630 | 1,133 | 2,567 | 4,694 | 7,261 | 9,471 |
| | | | | | | |
| EBITDA | (1,003) | (2,861) | (7,234) | (7,067) | (5,186) | (1,421) |
| | | -86% | -70% | -38% | -16% | -3% |

**Investment Amount: $25M**

Private & Strictly Confidential

26

STRATESPHERE--002880

FINANCIALS

# P&L Summary (Pro Forma): Growth Case

| $ Million | 2018 (Act.) | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|
| | | | | | | |
| Revenue | 1,197 | 3,336 | 10,590 | 24,036 | 44,205 | 77,720 |
| CAGR | | 179% | 217% | 127% | 84% | 76% |
| | | | | | | |
| Cost of Goods Sold (COGS) | 709 | 1,632 | 4,208 | 8,757 | 15,582 | 26,796 |
| Gross Profit | 488 | 1,704 | 6,382 | 15,279 | 28,624 | 50,924 |
| Gross Margin | 41% | 51% | 60% | 64% | 65% | 66% |
| | | | | | | |
| SG&A | 1,491 | 4,565 | 13,809 | 28,498 | 38,625 | 58,011 |
| Research & Development | 534 | 1,931 | 6,354 | 12,018 | 13,262 | 15,544 |
| Sales & Marketing | 327 | 1,501 | 4,807 | 10,471 | 16,522 | 28,478 |
| General & Administrative | 630 | 1,133 | 2,647 | 6,009 | 8,841 | 13,990 |
| | | | | | | |
| EBITDA | (1,003) | (2,861) | (7,427) | (13,220) | (10,001) | (7,088) |
| | -84% | -86% | -70% | -55% | -23% | -9% |

**Investment Amount: $42M**

Private & Strictly Confidential

27

STRATESPHERE--002881



# ARTIFICIAL INTELLIGENCE PLATFORM
# FOR ENTERPRISE DECISION MAKING

**About Kognetics**

Kognetics is a human centric Artificial Intelligence (AI) platform for enterprise decision making.

No part of this document may be reproduced, stored in a retrieval system, or transmitted in any form or by any means—electronic, mechanical, photocopying, recording, or otherwise without the permission of Kognetics.

All materials in this presentation have been sourced from Kognetics' databases. For detailed sourcing information please contact us.

© 2019 Kognetics LLC
All Rights Reserved.

**www.kognetics.com**

STRATESPHERE--002882